CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN D. SNODGRASS, JR., | ) | CASE NO. 7:14CV00269 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| A. DAVID ROBINSON, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. After the court's _de novo_ review of the pertinent portions of the record, plaintiff's objections to the magistrate judge's report and recommendation are **OVERRULED**, and the report and recommendation (ECF No. 40) is **ADOPTED** in its entirety.

2. Defendants' motion for summary judgment (ECF No. 17) is **GRANTED IN PART AND DENIED IN PART**, as follows:

   a. The motion is **GRANTED** as to all claims against Defendant Hinkle, and the clerk will terminate this defendant as a party to this action;

   b. The motion is **GRANTED** as to plaintiff's claims for monetary damages under the Religious Land Use and Institutionalized Persons Act; his free exercise and due process claims for monetary damages against the defendants in their official capacities; and plaintiff's equal protection claims; but

   c. The motion is **DENIED** in all other respects; and

3. The clerk **SHALL** set the matter for trial at the court's earliest convenience in the United States Courthouse in Big Stone Gap as to plaintiff's free exercise and due process claims for monetary damages against Robinson, Mathena, and King, in their individual capacities. Thereafter, the court will resolve separately plaintiff's RLUIPA, free exercise, and due process claims for declaratory and prospective injunctive relief against Robinson, Mathena, and King in their official capacities.

ENTER: This 10th day of August, 2015.

/s/ Jee Conrad
Chief United States District Judge